The Honorable Timothy W. Dore
CHAPTER 7

UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

IN RE: ) CHAPTER 7
) CASE NO. 13-10533
NEW FACE KITCHEN SYSTEMS INC )
) REPORT OF UNCLAIMED FUNDS
)
Debtor(s). )

COMES NOW the Trustee, Nancy L. James, and files this Report of Unclaimed Funds as follows:

1. The following funds were disbursed pursuant to order of this Court and remain unclaimed.

2. The Trustee hereby deposits the same with the Registry of the Bankruptcy Court:

| Creditors Name and Address | Dividend |
|---|---|
| Kit Brown<br>P.O. Box 251<br>Monroe, WA 98272 | $684.16 |

DATED: This 20th day of January, 2016

_____
Nancy L. James
Trustee

UNCLAIMED FUNDS REPORT - 1

Nancy L. James, Trustee
15008 63RD DRIVE, S.E.
SNOHOMISH, WA 98296
(425) 485-5541